UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:26-cv-00341

**Martin B. Garcia, Jr., Ph.D.,**
*Plaintiff,*
v.
**Buxton Marine Sales, L.P., et al.,**
*Defendants.*

# ORDER

On May 6, 2026, plaintiff, proceeding pro se, filed his first amended complaint in federal court, alleging claims for: (1) violation of the Magnuson-Moss Warranty Act; (2) breach of express warranty; (3) breach of the implied warranty of merchantability; (4) negligence; (5) violations of the Texas Deceptive Trade Practices Act ("DTPA"); and (6) negligent misrepresentation (pleaded in the alternative). Doc. 8, at 22–48. Thereafter, defendants Nautique Boat Company, Inc. and Buxton Marine Sales, L.P. ("defendants") filed a partial motion to dismiss plaintiff's amended complaint. Doc. 13. On July 20, 2026, defendants' partial motion to dismiss was granted-in-part and denied-in-part and plaintiff was given leave to amend. Doc. 24. Thereafter, plaintiff filed his second amended complaint (Doc. 25), and defendants filed a renewed motion to dismiss (Doc. 26). On September 8, 2026, the magistrate judge issued a report and recommendation recommending that defendants' motion to dismiss be granted-in-part and denied-in-part. Doc. 29. Specifically, the magistrate judge recommended that the motion be granted as to plaintiff's alternative laundry list violations under DTPA § 17.46(b) and denied as to plaintiff's claims for violations of § 17.50(a)(2), § 17.50(a)(3), and implied warranty of good and workmanlike repairs. *Id.* Neither party filed objections to the report and recommendation and the timeframe for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 29). Defendants' motion (Doc. 26) is granted-in-part and denied-in-part. Plaintiff's alternative laundry list violations under § 17.46(b) are dismissed with prejudice as time-barred.

Defendants shall file an answer to the claims asserted in plaintiff's second amended complaint (Doc. 25)—except for the alternative laundry list violations under § 17.46(b) which have been dismissed—within fourteen days of this order.

*So ordered by the court on October 5, 2026.*

J. CAMPBELL BARKER
United States District Judge